FORM 1  
Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| Case No.: | 21-80192 | | Trustee Name: | Lou Ann Marocco |
| Case Name: | COOPER, ASHLEY DAWN | | Date Filed (f) or Converted (c): | 05/20/2021 (f) |
| For the Period Ending: | 03/31/2023 | | §341(a) Meeting Date: | 07/07/2021 |
| | | | Claims Bar Date: | 01/31/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Furniture, Bedding, Kitchenware, small appliances and other household goods | $2,200.00 | $0.00 | OA | $0.00 | FA |
| 2 | TVs, cell phone and other electronic devices | $1,800.00 | $0.00 | OA | $0.00 | FA |
| 3 | Guitar | $100.00 | $0.00 | OA | $0.00 | FA |
| 4 | clothing | $450.00 | $0.00 | OA | $0.00 | FA |
| 5 | jewelry | $150.00 | $0.00 | OA | $0.00 | FA |
| 6 | Cash | $10.00 | $0.00 | OA | $0.00 | FA |
| 7 | Checking Fifth Third - 4725 - joint account with roomate - debtor transfers money to this account to pay for daycare | $8.00 | $0.00 | OA | $0.00 | FA |
| 8 | Checking Fifth Third - 5287 | $150.00 | $41.54 | | $41.54 | FA |
| **Asset Notes:** | All bank statements provided | | | | | |
| 9 | US Savings Bond | $50.00 | $0.00 | OA | $0.00 | FA |
| 10 | 84D02-2102-CT-000894 - SHALEIGH ARIAH COOPER, Ashley Dawn Cooper v. Apple Central, LLC Debtor's daughter was injured at Applebees. Debtor is suing for her child and on her own behafl lawyer is Phillip Tofaute - 812-232-6022 -- 20 S. 5th St, Terre Haute, IN 47808 | $0.00 | $1.00 | | $0.00 | $1.00 |
| 11 | 2021 refunds (u) | $0.00 | $1,347.10 | | $1,347.10 | FA |
| 12 | Possible voidable transfer (debtor titled a vehicle in a friend's name) (u) | $0.00 | $0.00 | | $0.00 | FA |
| 13 | 25 percent of earned but unpaid wages (u) | $0.00 | $120.00 | | $120.00 | FA |

**TOTALS (Excluding unknown value)**        **Gross Value of Remaining Asset**

$4,918.00     $1,509.64     $1,508.64     $1.00

**Major Activities affecting case closing:**

02/27/2023     Review update from special counsel, attorney Toufate. Case is still in the discovery stage.
02/26/2023     Sent email to special counsel, Phillip Toufate: emal returned as undeliverable
02/02/2023     Pending personal injury case continues to be in discovery

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No.: | 21-80192 | |
| Case Name: | COOPER, ASHLEY DAWN | |
| For the Period Ending: | 03/31/2023 | |

| | |
|---|---|
| Trustee Name: | Lou Ann Marocco |
| Date Filed (f) or Converted (c): | 05/20/2021 (f) |
| §341(a) Meeting Date: | 07/07/2021 |
| Claims Bar Date: | 01/31/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 11/06/2022 | The personal injury is in the discovery phase per the PI attorney |
| 09/13/2022 | review and respond to counsel's email |
| 06/27/2022 | review and respond to counsel's email |
| 05/04/2022 | review returns and compute turnover |
| 05/04/2022 | Sent debtor nef and sent counsel email |
| 04/21/2022 | Complaint in adversary filed |
| 04/20/2022 | Received refunds but do not have returns; sent another email to counsel re needed returns |
| 04/20/2022 | deposit check |
| 04/19/2022 | Authorized adversary lawsuit to be filed re voidable transfer of vehicle. |
| 04/19/2022 | Sent counsel email re tax returns |
| 03/10/2022 | rev email from counsel |
| 03/07/2022 | Sent counsel email |
| 03/07/2022 | Sent counsel reminder re documents needed (tax returns and paystubs). |
| 02/01/2022 | Mailed 2021 tax refund reminder ltr to debtor(s). |
| 01/21/2022 | rev poc of Credit one |
| 01/12/2022 | review poc of PRA |
| 01/01/2022 | review order granting app to employ Special counsel |
| 12/03/2021 | Filed app to employ special counsel |
| 11/22/2021 | Review order granting app to employ atty Mulvey |
| 11/15/2021 | rev poc of T Mobile |
| 11/04/2021 | Appearance filed by Joe Mulvey |
| 11/04/2021 | Filed app to employ counsel |
| 11/04/2021 | Demand letter sent to Mohammed Alomran |
| 11/01/2021 | Filed ROA |
| 11/01/2021 | sent Joe Mulvey email |
| 09/13/2021 | Sent counsel email |

| | | | | |
|---|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/30/2022 | Current Projected Date Of Final Report (TFR): | 11/30/2023 | /s/ LOU ANN MAROCCO |
| | | | | LOU ANN MAROCCO |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| | | |
|---|---|---|
| **Case No.** 21-80192 | **Trustee Name:** | Lou Ann Marocco |
| **Case Name:** COOPER, ASHLEY DAWN | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** **-***1259 | **Checking Acct #:** | ******9201 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 04/01/2022 | **Blanket bond (per case limit):** | $20,423,801.00 |
| **For Period Ending:** 03/31/2023 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/20/2022 | | US Treasury | tax intercept | * | $6,369.00 | | $6,369.00 |
| | {11} | | tax refund  $1,347.10 | 1224-000 | | | $6,369.00 |
| | {13} | | earned but unpaid wages  $120.00 | 1229-000 | | | $6,369.00 |
| | {8} | | funds on deposit  $41.54 | 1129-000 | | | $6,369.00 |
| | | | non exempt funds on deposit  $4,860.36 | 1280-002 | | | $6,369.00 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $3.97 | $6,365.03 |
| 05/04/2022 | 3001 | ASHLEY COOPER | non estate funds | 8500-002 | | $4,860.36 | $1,504.67 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $4.62 | $1,500.05 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2.34 | $1,497.71 |
| 07/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2.41 | $1,495.30 |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2.41 | $1,492.89 |
| 09/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2.48 | $1,490.41 |
| 10/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2.24 | $1,488.17 |
| 11/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2.32 | $1,485.85 |
| 12/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2.39 | $1,483.46 |
| 01/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2.39 | $1,481.07 |
| 02/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2.15 | $1,478.92 |
| 03/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $2.54 | $1,476.38 |

**SUBTOTALS**  $6,369.00  $4,892.62

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| | | |
|---|---|---|
| **Case No.** | 21-80192 | |
| **Case Name:** | COOPER, ASHLEY DAWN | |
| **Primary Taxpayer ID #:** | **-***1259 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 04/01/2022 | |
| **For Period Ending:** | 03/31/2023 | |

| | |
|---|---|
| **Trustee Name:** | Lou Ann Marocco |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******9201 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $20,423,801.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $6,369.00 | $4,892.62 | $1,476.38 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $6,369.00 | $4,892.62 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $6,369.00 | $4,892.62 | |

| **For the period of 04/01/2022 to 03/31/2023** | | **For the entire history of the account between 04/20/2022 to 3/31/2023** | |
|---|---|---|---|
| Total Compensable Receipts: | $1,508.64 | Total Compensable Receipts: | $1,508.64 |
| Total Non-Compensable Receipts: | $4,860.36 | Total Non-Compensable Receipts: | $4,860.36 |
| Total Comp/Non Comp Receipts: | $6,369.00 | Total Comp/Non Comp Receipts: | $6,369.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $32.26 | Total Compensable Disbursements: | $32.26 |
| Total Non-Compensable Disbursements: | $4,860.36 | Total Non-Compensable Disbursements: | $4,860.36 |
| Total Comp/Non Comp Disbursements: | $4,892.62 | Total Comp/Non Comp Disbursements: | $4,892.62 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| | |  | |
|---|---|---|---|
| Case No. | 21-80192 | Trustee Name: | Lou Ann Marocco |
| Case Name: | COOPER, ASHLEY DAWN | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***1259 | Checking Acct #: | ******9201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2022 | Blanket bond (per case limit): | $20,423,801.00 |
| For Period Ending: | 03/31/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $6,369.00 | $4,892.62 | $1,476.38 |

For the period of 04/01/2022 to 03/31/2023

| | |
|---|---|
| Total Compensable Receipts: | $1,508.64 |
| Total Non-Compensable Receipts: | $4,860.36 |
| Total Comp/Non Comp Receipts: | $6,369.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $32.26 |
| Total Non-Compensable Disbursements: | $4,860.36 |
| Total Comp/Non Comp Disbursements: | $4,892.62 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 04/20/2022 to 3/31/2023

| | |
|---|---|
| Total Compensable Receipts: | $1,508.64 |
| Total Non-Compensable Receipts: | $4,860.36 |
| Total Comp/Non Comp Receipts: | $6,369.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $32.26 |
| Total Non-Compensable Disbursements: | $4,860.36 |
| Total Comp/Non Comp Disbursements: | $4,892.62 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ LOU ANN MAROCCO

LOU ANN MAROCCO